IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELISSA MCKINNEY                                                    PLAINTIFF

V.                      CASE NO. 3:18-CV-00237-JTK

SOCIAL SECURITY ADMINISTRATION                            DEFENDANT

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of § 405(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 17th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE